The People of the State of New York, Respondent,
against
Carlos David Cruz, Appellant.




New York City Legal Aid Society (Eve Kessler of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and Christopher Blira-Koessler of counsel), for respondent.

Appeal by defendant, as limited by the brief, from a sentence of the Criminal Court of the City of New York, Queens County (Suzanne J. Melendez, J.), imposed May 24, 2016, upon his conviction, upon his plea of guilty, of petit larceny.




ORDERED that the sentence is affirmed.
On appeal, defendant seeks a reduction of the sentence that had been imposed in accordance with his plea agreement. "Ordinarily . . . where defendant effects a plea bargain and receives the precise sentence that was promised, he should not later be heard to complain that he received what he bargained for" (People v Chambers, 123 AD2d 270, 270 [1986]; see also People v Fair, 33 AD3d 558, 558 [2006]). Given the serious nature of the charged conduct and the absence of extraordinary circumstances, the sentence imposed was neither harsh nor excessive, and we decline to reduce it in the interest of justice (see People v Higgins, 19 AD3d 877 [2005]).
Accordingly, the sentence is affirmed.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 10, 2019